ANTHONY RAZAUCKAS, an Infant, by ALEX RAZAUCKAS, His Guardian ad Litem et al., Respondents, *v.* NEW YORK DUGAN BROS., INC., Appellant.

Argued June 17, 1942; decided July 29, 1942.

*George J. Stacy* and *Joseph Kane* for appellant.

*Francis J. Nicosia* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.